No. 81–533.   AETNA LIFE & CASUALTY CO. ET AL. *v.* YOUNG ET AL.   Appeal from Super. Ct. Conn., Fairfield County, dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 81–5433.   TRAVIS *v.* IOWA EX REL. BISHOP.   Appeal from Sup. Ct. Iowa dismissed for want of jurisdiction. ▆

No. 81–384.   STATE FAIR OF TEXAS *v.* UNITED STATES CONSUMER PRODUCT SAFETY COMMISSION; and

No. 81–555.   STECK & STAPF ATTRACTIONS, INC. *v.* UNITED STATES CONSUMER PRODUCT SAFETY COMMISSION. C. A. 5th Cir.   Certiorari granted, judgment vacated, and cases remanded to the United States District Court for the Northern District of Texas with directions to dismiss as moot.   *United States* v. *Munsingwear,* 340 U. S. 36 (1950). Reported below: 650 F. 2d 1324.

No. — – ——.   TIFFANY CONSTRUCTION CO., INC. *v.* BUREAU OF REVENUE OF NEW MEXICO.   Motion to direct the Clerk to file the petition for writ of certiorari denied.

No. D–239.   IN RE DISBARMENT OF FAHY.   Disbarment entered.   [For earlier order herein, see 451 U. S. 1015.]

No. D–243.   IN RE DISBARMENT OF WITTE.   Disbarment entered.   [For earlier order herein, see 453 U. S. 910.]